## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

| | | |
|---|---|---|
| SKS CONSTRUCTION, INC. | ) | Case No. 99-37734 |
| | ) | Chapter 11 |
| Debtor | ) | |

## FINAL DECREE

Whereas, SKS Construction, Inc., the Debtor, filed a voluntary petition under Title 11, Chapter 11 in the United States Bankruptcy Court for the Eastern District of Virginia on November 19, 1999; and

Whereas, a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on October 23, 2002; and

Whereas, Debtor has reported to this court that the Plan of Reorganization has been substantially consummated; and

Whereas, FRBP 3022 provides for the entry of a Final Decree; it is therefore

ORDERED that the Final Report of the Debtor is approved, the Motion for Final Decree is granted, and the case is closed.

So ordered this _____ day of _____, 2004.

_____
Douglas O. Tice, Jr., Chief Judge

**CHAPLIN, PAPA & GONET**
406 West Broad Street
Richmond, VA  23220
(804) 643-0133
(804) 644-5812 (fax)

By: ___/s/ James E. Kane_____
James E. Kane, VSB #30081
Counsel for Debtor

SEEN AND NO OBJECTION:

 /s/ Lee Barnhill
Lee Barnhill
Assistant United States Trustee
600 East Main Street, Suite 301
Richmond, Virginia  23219
(804) 771-2310